**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**DARRELL JOE SCOTT**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL JOE SCOTT**, ) | CIV-S-06-1182 DFL GGH P |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **SACRAMENTO COUNTY** ) | |
| **PROBATION DEPARTMENT**, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until September 25, 2006 is granted. On or before September 25, 2006, petitioner shall file his traverse in this matter.

DATE: 9/1/06                                    /s/ Gregory G. Hollows
                                                _____
                                                HON. GREGORY G. HOLLOWS
                                                United States Magistrate Judge

scot1182.po