1  **VICTOR S. HALTOM**
    Attorney at Law
2   State Bar No. 155157
    428 J Street, Suite 350
3   Sacramento, CA 95814
    Telephone: (916) 444-8663
4   Facsimile: 444-1546
    *e-mail: vshjah@aol.com*
5
    Attorney for Petitioner
6   **DARRELL JOE SCOTT**

7

8             IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **DARRELL JOE SCOTT**,              )       CIV-S-06-1182 DFL GGH P
                                        )
13           Petitioner,                )       **ORDER**
                                        )
14  v.                                  )
                                        )
15  **SACRAMENTO COUNTY**               )
    **PROBATION DEPARTMENT**,           )
16                                      )
             Respondent.                )
17  _____     )

18

19          GOOD CAUSE APPEARING,

20          IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

21  time until December 27, 2006 is granted.  On or before December 27, 2006, petitioner

22  shall file his traverse in this matter.

23

24  DATE: 11/28/06                              /s/ Gregory G. Hollows
                                                _____
25                                              HON. GREGORY G. HOLLOWS
                                                United States Magistrate Judge
26

27  scot1182.po3

28