**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**DARRELL JOE SCOTT**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL JOE SCOTT**, ) | CIV-S-06-1182 DFL GGH P |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **SACRAMENTO COUNTY** ) | |
| **PROBATION DEPARTMENT**, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until January 31, 2007 is granted. On or before January 31, 2007, petitioner shall file his traverse in this matter.

DATE: 1/29/07                              /s/ Gregory G. Hollows
                                           _____
                                           HON. GREGORY G. HOLLOWS
                                           United States Magistrate Judge

scot1182.po5